UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BEDIVERE INSURANCE COMPANY,

    Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF
KANSAS, INC., et al.,

    Defendants.

_____

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

    v.

BLUE CROSS AND BLUE SHIELD OF
KANSAS, INC.,

    Defendant.

**CONSOLIDATED CASES**

Case No. 18-2371-DDC

Case No. 18-2515-DDC

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 139) to amend the scheduling order (ECF Nos. 39 and 86). The court finds good cause for the requested extensions and amends the scheduling order as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| Supplementation of initial disclosures | **40 days before deadline for completion of fact discovery** |
| All fact discovery completed | **May 14, 2021** |
| All expert discovery completed | **August 27, 2021** |
| Initial expert reports | **June 25, 2021** |
| Rebuttal expert reports | **July 26, 2021** |
| Supplemental expert reports | **August 6, 2021** |
| All potentially dispositive motions (e.g., summary judgment) | **November 1, 2021** |
| Motions challenging admissibility of expert testimony | **42 days before trial** |
| Proposed pretrial order due | **September 10, 2021** |
| Pretrial conference | **September 20, 2021 at 9:00 AM** |
| Trial | **July 5, 2022 at 9:00 AM** |

This second amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 4, 2020, at Kansas City, Kansas.

                                                  s/ James P. O'Hara
                                                  James P. O'Hara
                                                  U.S. Magistrate Judge