-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BEDIVERE INSURANCE COMPANY F/D/B/A ONEBEACON INSURANCE COMPANY, | **CONSOLIDATED CASES** |
| Plaintiff/Counter-Defendant, | **Case No. 2:18-cv-02371-DDC-JPO** |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; | |
| Defendant/Counter-Plaintiff | |
| v. | |
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY F/K/A DARWIN SELECT INSURANCE COMPANY; BLUE CROSS BLUE SHIELD ASSOCIATION, | |
| Defendants. | |
| _____ | |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY F/K/A DARWIN NATIONAL ASSURANCE COMPANY, | |
| Plaintiff/Counter-Defendant | |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., | **Case No. 2:18-cv-02515-DDC-JPO** |
| Defendant/Counter-Plaintiff. | |

**ORDER GRANTING JOINT AGREED MOTION TO STAY CERTAIN CLAIMS**

Now on this 19th day of January, 2021, good cause having been shown, the Joint Agreed Motion to Stay Certain Claims (ECF No. 150) is hereby granted, and the Court enters an order staying the claims in Counts X and XI in OneBeacon's Amended Complaint (ECF No. 55) and paragraph 45(e) in Allied World's Complaint (ECF No. 1, Case No. 2:18-cv-2515) regarding OneBeacon's and Allied World's respective alleged duties to indemnify BCBSKS for a judgment or settlement in the Antitrust Litigation, including, but not limited to, all written and oral discovery on these claims, until complete and final resolution of the Antitrust Litigation in its entirety through either judgment or settlement.

The parties are ordered to file a status report about the Antitrust Litigation within 14 days of resolution of the Antitrust Litigation or by July 1, 2021, whichever is sooner.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

Agreed and approved by:

James D. Griffin (KS # 12545)
Brent N. Coverdale (KS # 18798)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9419
Fax: (816) 268-9409
jgriffen@sakg.com
bcoverdale@sakg.com

-3-

Justine M. Casey, admitted *pro hac vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Dr., 4th Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100
Facsimile: (714) 513-5130
Email: jcasey@sheppardmullin.com

R. Randal Crispen, admitted *pro hac vice*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815
Email: rcrispen@sheppardmullin.com

*Counsel for Bedivere Insurance Company f/d/b/a OneBeacon Insurance Company*

Douglas M. Weems (KS #14771)
SPENCER FANE LLP
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106
dweems@spencerfane.com

Barry L. Pickens
SPENCER FANE LLP
9401 Indian Creek Parkway, Suite 700
Overland Park, Kansas 66210
bpickens@spencerfane.com

Dan J. Hofmeister (IL #6204299) (admitted pro hac vice)
Kevin D. Tessier (IL #6238232) (admitted pro hac vice)
Caitlin O. Young (IL #6321768) (admitted pro hac vice)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
dhofmeister@reedsmith.com
ktessier@reedsmith.com
coyoung@reedsmith.com
T: (312) 207-1000
F: (312) 207-6400

*Counsel for Blue Cross and Blue Shield of Kansas, Inc.*

-4-

Christopher M. Harper
FRANKE SCHULTZ & MULLEN, PC
8900 Ward Parkway
Kansas City, Missouri 64114
charper@fsmlawfirm.com

John L. Mullen
FRANKE SCHULTZ & MULLEN, PC
8900 Ward Parkway
Kansas City, Missouri 64114
jmullen@fsmlawfirm.com

Heidi Hudson Raschke
CARLTON FIELDS, P.A.
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
hraschke@carltonfields.com

Steven J. Brodie
CARLTON FIELDS, P.A.
100 Southeast 2nd St., Suite 4200
Miami, Florida 33131
sbrodie@carltonfields.com

*Counsel for Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company*